IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN WEIBLE,
Appellant,
vs.
THOMAS CONNER, ADMINISTRATIVE
LAW JUDGE; AND THE STATE OF
NEVADA DEPARTMENT OF MOTOR
VEHICLES,
Respondents.

No. 83057

FILED

AUG 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a petition for judicial review in a driver's license revocation matter. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

According to the record before us, appellant's driver's license was revoked for 90 days beginning on September 2, 2020. Thus, the 90-day revocation period has expired. In *Langston v. State, Department of Motor Vehicles*, we recognized that after a driver's license revocation period has expired, this court is unable to grant any effective relief on appeal, such that, despite asserted potential collateral consequences, the appeal should

21-24234

be dismissed as moot.   110 Nev. 342, 343, 871 P.2d 362, 363 (1994). Accordingly, this appeal is moot, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Crystal Eller, District Judge
Justin Weible
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, appellant's emergency motions for stay are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A